*Supplement Amended 28 USC 2241 Via F.R.C.P Rule 15(2) Supplement.*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

*Southern*  for the  *West Virginia*

**FILED**

**AUG - 3 2022**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

)
)
*W. Scott Davis*
<u>Petitioner</u>

)
)
v.
)
)
*WARDEN: KATINA HECKARD;*
*USAG: Merrick Garland*
*F.B.O.P Director: M.D. Carvasal*
)
)

<u>Respondent</u>
*(name of warden or authorized person having custody of petitioner)*

Case No. *5:22-cv-00254*
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: *W. Scott Davis*
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: *F.C.I Beckley*
   (b) Address: *1600 Industrial Rd*
   *Beaver West Virginia*
   (c) Your identification number: *84944-083*

3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: *US DC ED NC WD*
   *310 New Bern Ave Raleigh N.C.*
   (b) Docket number of criminal case: *5:14-CR-240-D*
   (c) Date of sentencing: *3-22-2018.*
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____
   _____
   _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition?
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
   revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
maximum or improperly calculated under the sentencing guidelines)

☑ Disciplinary proceedings

☑ Other *(explain):* First Step Act Calculations of Federal time Credits Acellerated
Release, Liberty Interest Classifications, Transfers, Redesignations Trust
Funds, Access to 28USC 2255, 28USC 2241, 18 USC 3582(c)(1)(A)(1) Courts

6. Provide more information about the decision or action you are challenging: Adams v US 372 F.3d 132, 135 (2
d cir 2004)

Function

(a) Name and location of the agency or court: F.C.I. Beckley WV, 18 USC 4042 duties
owes to Petitioner All Writ Act: Compel officer Agency to Preform Job

(b) Docket number, case number, or opinion number:

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* 28 USC 701, 42 USC 4151
28 CFR 5 39 et seq, 28 CFR 571.60.7, 28 CFR 549.31(b)
28 CFR-541.1-8; 28 CFR 542 et seq, 28 CFR 540.18, 28 CFR 540.19, 28 CFR 543.10,
28 CFR-543.11, 28 CFR 513.40, 28 CFR 551.90., 28 CFR 513.30, 28 CFR 513.42,; 28 CFR 543.11(e)
(d)(d),(d)(b),(g)(h)(i), (F)(2)(F)(h)1, 18 USC 3632 (d)(4)(A); 18 USC 3621 (h); 18 USC 3632 (d)(4)(A)(ii)& 3633

(d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: F.B.O.P. / US DOJ EEO

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised: Denial Due Process 28 CFR 541.1-8. Denial of Sub
Stantive - Proccedural Policy 5270.09 CN-1, 5270.11; 5217.02, denials of Due
Process. Non-Compliance with F.B.O.P Policy Under US ex rel Accordi
V SHAUGHNESSY Revocation G.C.T 150 days; Atypical Hardship Trans
ferrs - Max Security Redesignation, Isolated Administrative d Dis
Ciplinary Segregation. In Retaliation For Attempted Grievances Policy
3420.11, 1350.01, 1210.24, 5384.12; 1221.66 F.B.O.P Staff Misconduct

(b) If you answered "No," explain why you did not appeal: See Ross v Blake 136 S. Ct
1850, 1856-57 (2016) Threats, Intimidation, harrasment, denial
acess to forms and 28 USC 542 et seq Processes, Machinations

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

     (a)  If "Yes," provide:

          (1)  Name of the authority, agency, or court: F.B.O.P. / EEO US DOJ

          (2)  Date of filing:

          (3)  Docket number, case number, or opinion number:

          (4)  Result:

          (5)  Date of result:

          (6)  Issues raised:

     (b)  If you answered "No," explain why you did not file a second appeal: Same as 7(b)
Ross v Bloke 578 US 1174 (2016)

9.    **Third appeal**

     After the second appeal, did you file a third appeal to a higher authority, agency, or court?

     ☑ Yes          ☐ No

     (a)  If "Yes," provide:

          (1)  Name of the authority, agency, or court: F. B. O. P / US DOJ EEO

          (2)  Date of filing:

          (3)  Docket number, case number, or opinion number:

          (4)  Result:

          (5)  Date of result:

          (6)  Issues raised:

     (b)  If you answered "No," explain why you did not file a third appeal: Same as 7(b)
Ross v Bloke 578 US 1174 (2016)

10.    **Motion under 28 U.S.C. § 2255**

     In this petition, are you challenging the validity of your conviction or sentence as imposed?

     ☐ Yes       ☑ No

     If "Yes," answer the following:

     (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

          ☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

_____

(d)　Did you appeal the decision to the United States Court of Appeals?

☐ Yes　　　　　　☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.　**Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition? Not Challenging Legality of Conviction, Sentence; or Condition of Confinement.

☑ Yes　　　　　☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: 28 USC 2255, 28 USC 2241, 18 USC 3582 (c)(1)(A)(1)

(b) Name of the authority, agency, or court: US Dc ED NC WD 310 New Bein Ave Raleigh NC

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: 5:22-CV-233-D; 5:22-CV-136-B; 5:18-CV-230-B 5:14-CR-240-D; 5:16-HC-2211-BA.

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: See. ECF 924 through 1041. US v DAVIS 5:14-CR-240-D ED NC; AND All Prose Submissions; Limited to the Execution, Carring out, Length, durations Location of Sentence AND Not Conditions of Confinement. But Excellerated Release from Prison F.C.I Beckley W.V. Custody of Warden and USAG. Denial Access to 28 USC 2255, 28 USC 2241, 18 USC 3582(c)(1) (A)(1) 18 USC 3624(b) 18 USC 3632 (d)(4)(A). 18 USC 3632(a) 18USC 3621 (h) 18USC 3632 (d)(4)(A)(1) 18 USC 3621 (h)(1)(A); 18 USC 3621 (h)(1)(B); (c) Beginning 12-21-2018 18 USC 3624(c)(1) & (c)(2)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

Unable to Fully - Fairly - develope - with out Possession All Legal Property.

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

Revocation 127 days GCT : See US v Davis 5:14-CR-240-D (Ed-NC) DE 1084

**GROUND ONE:** Denial Due Process 28CFR-541, 1-8; 9 541.20-21 Atypical Diciplinary Actions, Segregtions, and Diciplinery Detentions; as well as Administrative detentions denial of Substantive - Proceedural Due Processes; Retaliation For Filing Grievances

(a) Supporting facts (Be brief.  Do not cite cases or law.):
THAT MY 28 CFR 542 et seq General Retrival Remedy History Shows official Reprisals - official Retations, Fraudulently Fabricated and Illegally manufactured BP-A0288, BP-A0304 No(s) 3650875; 3354941; 3229437; 3217635; 3114610; 3144593; 3139868 3141146; 1403 68, 208 2620. incident Report and DHO Numbers 1803 1001, 18 USC 241, 242, 244 violation of F.B.U.P Staff

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND TWO:** F.B.O.P Not Properly Crediting Good Conduct Credits 18 USC 3624(b), and 18 USC 3632(d)(4)(A), Including by Atypical Hardships, Cetations For Filing Grevences Administrative detentions, disciplinary detentions, Retalatory Transferrs, Redesignations

(a) Supporting facts (Be brief.  Do not cite cases or law.):
Failure to Credit Petitioner 54 day Good Conduct time Credits Per term of inearceration; Failure to credit petitioner 15 days of time Credits for ever 30 day of Porticipation- Successful EBRR FSA 12-21-2018 Failure to implement Policy 5220.01; 5400.01, 18 USC 3632 (c) by 1-15-2020, denied Petitioner access 18 USC 3621 (h)

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND THREE:** Petitioner. Care Level 3. Policy 5341.01; 5200.06; 5310.16. Restraint upon Petitioners Liberty Interest; Improperly Located at Care Level 2 F.C.I Beckley W.V, Always on Lock down do Special Housing Unit Overcrowding and Instution 28 CFR 541.3 due Process Violation

(a) Supporting facts (Be brief.  Do not cite cases or law.): 29 USC 701 et seq; 42 USC 4151 et seq Restraint on liberty intrest and Not condition of confinment.
Atypical Hardship being Care Level 3 inmate with disabilites, 100% wheel chair bound, visual, hearing, cognitive impairment, Advanced age 61 years denied Substative, Proceedural 28 CFR 549 et seq due process; BP-A0770, Noid Compliance Policy 5270.01; 6090.04; 6031.04; 6010.05; 6013.01; 6027.02, 6013.13, 5310.17; 5290.15, 5322.13, 5803.08 Not Condition of Confinement.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR:  Petitioner has No management variable. Security, Custody Classification Low with 14 Points; That should be below 8 points. Substantive- Proceedural  28 CFR 552 et Seq.  Denials of due Process. Atypical Restraint upon Execution, Carring out, Location, duration of Sentence.

(a)  Supporting facts (Be brief. Do not cite cases or law.): That in Retation for filing 28 CFR 542 et Seq. Criminal Staff 18 USC 1001, 1800, 371, 18 USC 241, 242, 245, 249. Policy 3420.11, 1350.01, 1210.24, 1221.66, 1070.00; 5800. 15 Non-Compliances; in Violations of Policy 3713.34, 1060.04; 5322.07, 5880.28; 5884.03, and 5330.11 CW-I Restraint upon Liberty. 18 USC 3621 (b)(2)(B)  Acelerated Release From a Low or Camp Location, Carring out, Execution, duration, Lensh of Sentence. All writ Act        Compelling F.B.O.P. Worden Program Job Function

(b)  Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:  Threats, Intimidations, machinations, harrassments, Froudulent Fabrications, illegally manufacturing; Atypical Hardship - Transfers- Redesignation. Egregious Prolonged Administrative & diciplinary Special Housing Unit, Special management unit with out due process. 28 USC 541 et seq. denial 28 USC 542 et Sequal - Proceedural 28 CFR 5311 et Seq. Made Unavailable Incompitel of USUE; Simple dead End, denial Access to Oral, Org. BP1, BP11, 28 CFR 542.14 (b) Restraint Liberty Interest one Egregious.  Not Condition of Confinement. See Attached Additional Grounds and Supporting Exhibits.

Request for Relief

15.  State exactly what you want the court to do:  Immediate Release; Accelerated Release; Injunctive-declatory Relief From Restraints upon Lenght, duration, Carring out, Execution, Location of Sentence; Denying Access to 28 USC 2255; 28 USC 2241; 18 USC 3582 (c)(1)(A)(1); 28 CFR 543.10-11 et seq, 28 CFR 513.30-44 et seq, US v Pugh 69 Feb Appr 628 (CA4 2003) Policy 1351.05-CN-2; 5270.09 CN-I Liberty. Enjoin Respondent From intervening with this 28 USC 2241, and 28USC 2255, 18 USC 3582 (c)(1)(A)(4) Prohibiting Respondent From denying Petitioner of Physical Possession of Any - All Legal property in his Cell, denial of Indigent Pen, Paper, Postage, Envelo's. 28 CFR 543.11 (d), (e)(1); (g)(2), (h), (i), (5); (F) (F)(2)(F)(3) in Living Quarters F.C.I Beckley W.V, That obstructs, deny, Restraint Petitioners Accelerated Release, Efforts, Denies Petitioner of meaning Full Access to 28 USC 2255, 28 USC 2241, 18 USC 3582 (c)(1)(A)(4) Release From Prison; Adversely Affecting Petitioner Liberty Intrest. Execution, Duration, Lengths, Location, Carring out of Sentence. Properly Calculate F.S.A - FTC; Restore All Revocations of Good Conduct time 28 USC 541-1-8 denial due posses: denied Access to Video, Witness, Exculpatoy Evidence. Find Ross v Blake 578 US 1174 (2016) P.L.R.A exhausted 42 USC 1997 e(a), Declare USA ex Rel Accordi v SHAUGHNESSY 347 US 260 (1954) Respondent Not Complying with its own Policy that Pertain to Petitioners Liberty interest; in the Execution, Carring out, Location, duration, Lenght of his Sentence, that deprived Petitioner of Accelerated Release from Prison, Release from USP, AUSP, SHU, SMU, J.C.I.F, Atypical Hard Ships, Restraint upon Liberty Interest - Retaliations, Indivious Class Based Racial - Gender Animus  Unequal Protections 18 USC 3582 (c)(1)(A)(1) 18 USC 3632 (d)(4)(A) § 3636(h) § 3632 (d)(4)(A)(ii), 18 USC 4042.Elongated Confinement. Compel 28 USC 1651 F.B.O.P. duties owed Petitioner

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_7-20-2022   Ameded 28 Usc 2241 Filed_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _7-20 2022_ 

_Willim S Day_
_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Ground 5: Worden Heckard: Confiscation Legal Property 2-10-2022 to Present
Cofisected US v Davis 5:14-CR-240-D-1 (ED NC) 28 USC 2255, 28 USC 2241,
18 USC 3592(c)(1)(A)(1). In Retalition For Filing greavances Agaist
Unit monager Erin Stennett, AW Rich of Programs, AW Holl of
operations, Supervisor Education ms Harper, Counselor Milian, Secretary
Lilly, C/o Bayes & Joyner & Horness, Staff dennison & J. Vancel

Fact 3-10-2022 there about Warden Heckard ORDERED AW Rich, Unit monager
Stennett Not to deny Petitioner Access to His 15 boxes of Legal Property
For his 28 USC 2255, 28 USC 2241, 18 USC 3592(c)(1)(A)(1) US v Davis
5:14-CR-240-D (ED NC) ECF 964, 970, 971, 867, 607, 17, 16, 930, 931, 932,
925, 902, 906, 1072, 1071, 1070, 1069, 1073, 1068, 1084, 1075, 1067, 1066, 1063,
1062, 1052, 1049, 1047, 1046, 1041, 919, 923, 36-1, 1028, 1031, 966, 1010, 988,
984, 686, 948, 943, 940, USCA4-21-7363, 1041, 1073, Et Al ECF's denied
Access By Erin Stennett 06-02-2022 Arbitrary Capricious Retalatory
Confisetion of Petitioner Legal Property From His Cell P.BL 103, Denining
Access to 28 USC 2255, 18 USC 3592(c)(1)(A)(1), 28 USC 2255 Liberty
Interest Via Ex porte Huil 312 US 546 (1941) Wilworth v Swenson
404 US 249 (1971) Wolff v McDonnell 418 US 579 (1974) Bounds v Smith
430 US 817 (1977) Booker v SC D.O.C 855 (3d 533, 546 (4th Cir 2017)
Lewis v Casey 518 US 351 (1996) Restraint on Petitioners
Liberty Intyerest Christopher v Horbury — 05 — C  )

Ground 6. 28 CFR 523.10-17 extra- Good Conduct time,
Fact Not being properly Applied on account of Froubulently
Fobrieted illegally monufetured 28 CFR 541.1-8, & 541.20-34;
BP-A0288, Port I, II, III Report No 3650875, Violetion 18 USC 4042
Policy 5207.09 Prohibiting arbitrary Capricious Retalatory 28 CFR 541.1-8
Fact Petitioner 28CFR 541.6, defences to All 28CFR 541.1-8, of 2015-2022

7. ISSUE    Block v US  385 US (1966) O Brien  v  US  386 US 345 (1967) Coplon

v. US 191 F2d 749 (D.C. Cir 1951) Johnson v. Avery 393 US 483 (1969)

Younger v. Gilmore 404 US 15 (1971)

Fact Unit monnoser & Stennett, Counsel malan, Secretary Lilly.

Recting, Corins Attorney client Legal mail  ond  Special mail

28 CFR 5 .12, 8 5 .14 opened out side Petitioner Presence, and Improperly

Confisted on 6-2-2022  No Penological Reason.

8. ISSUE  Preiser v Rodriquez 411 US 475 (1973) Haines v Kerner 404

US 519, (1972) WilWording v Swenson 404 US 249, habeas Petition

Challensing Condition of Confinement, Constutional Right

Challenge relief Granted Which Will Shorten term of Confinemet

Fact  Liberty Interest Created by Federal Codes or Regulations,

non discretionary F.B.O.P function 18 USC 4042, Employee

Standards of Conduct Policy 3420.11, and Ethichs Non-

Complionces Adversely Affecting the Corins out, Execution,

Location, Lensht, duration, of Petitioner Sentence Adversely

to the goal of 18 USC §553.

9. F.B.O.P, Program Statements  Liberty Interest, Reno v Koray

515 US 61 (1995) HTTPS://www. bop. Gov/Policy/progstct/ Code of

Federal Regulation 540 et seq through 570 et seq. Liberty

Intrest, Inthe Corins out, Execution, duration, Location, of Sentence

Fact denied substantive- procederal due process of 28 CFR 540 - 571

Accardi Doctine Violation: Elongated Petioners Sentence, NoAP

Compliances

10. ISSUE  PLRA. denials due Process, 28CFR.        (Policy  2013, 03) (Policy no.) (Policy

4400, 05 CN-1) (policy 5800.00) (Policy 4500.12) denials 28 USC 1915(a)(2)

by Prison officals. and 28 USC 1915(a)(2) Folisfied Certificetion by Prison of

Ficials  Proximate Causes of P.L.R.A Fees and Cost.

① ISSUE: Froudulently Fabricated BP-A0288 Incident Report No(s) 33 54941;
3229937; 3146010; 3145443; Illegally manufactured BP-A0304, No(s)
3145443; 3146010; 3217625, 3229937; 3354941 D.HO. 28 CFR 541.8.
and BP-A0288 3139560; 3141466; 2982620, 3650875. UDC 28 CFR 541.7,
Fact: Froudulently Fabricated and Illegally manufacture Policy
5270.09 Dicipline Inmate; 5270.11 Special Housing Unit Administrative
and Diciplinary Atypical hardship detention. Isolated 3.4.
Year Continious Segregation. 5217.02. Special Management Unit.
3-3-2019 through 9-8-2021. Denied Access to Policy 5050.50
Compassionct Release, 5220.01 First Step Act EBRR; 5400.01
PATTER FSA Needs Assesment. Deprived of Programs – Productive
Activities While In Special Housing Unit and Special manage-
ment Unit. Via Retaliations For Filing 28CFR 542. et Seq; Proximate
Cause of 28CFR 541 et seq Froudulently Fabricated Restraints
on Liberty Intrest, Location, duration, Carring out, Executions
F.C.I-cum-mid, USP Hazelton WV; AUSP Thomson ILL; USP McCreary Ky
F.C.I Beckley WV. denials of Federal Time Credits
2019-2022,

ISSUE: 28 USC 2241 Challenge the Execution of Sentence
Fact     Fontanez v OB'rien 807 F3d 84 (CA4 2015)

② ISSUE     Execution of Sentence US v Diggs 578 F3d 318, 319-20
(CA5 2000)

Fact  1.F.R.P  28UX 540,10-11 Liberty Interest F.B.O.P
Failures to Satisfy 18 USC               28 CFR 571, 52

③ ISSUE  Restraint on Liberty Interest Hensley v Manicipal Court
411 US 351 (1973) Fact malens 490 US 488 (1989)
Place of Imprisonment US v Jalili 925 F.2d 886, 893 (6th Cir 1991)

FACT : Encumberance I.P.S. CARE Act Stimulus "No power of Attorney" Unauthorized T.B.O.P Negotiations of US Treasury EIP Checks ₱1,400.00, and 1,350.10 unauthorize P.L. R.A Payments, Encumberance Not Statisting I.F.R.P, 28 CFR 545.10, & 545.11

⑮ ISSUE     28 CFR 523 et Seq   Compution of Sentence
Fact   Not Properly having been comuteled deprived Accerited Release

ISSUE    28 CFR 524 et Seq Classifiction - Programing
Fact Improper Classifiction, Programing deprived of Accerted Release

⑯ ISSUE    28 CFR 527 et Seq Transfers
Fact Atypical Hardships Location, Execution Sentence

⑰ ISSUE    28 CFR 513.61 to 517.68, Policy 1351.05 CN-2
Fact Improper Implemention 28 CFR 541.3 Code 231 Use 1351.05 CN-2

⑱ ISSUE   28 CFR 40.9 reprisal, Grievences 28 CFR 40.1-10, 28 CFR 40.9
Fact discrimination 28 CFR 41.1-7, 47-# Sec 504 Rehabition Act
Prohibited 28 CFR 41.3 (a)(b); (b)(1)(2)(w)

⑲ ISSUE   denial policy 5265.14 28 CFR 540.18, & 540.19, denied 28 CFR 540.21
(d) indigent, Postage.
Fact 28 USC 2255, 28 USC 2241, 18 USC 3582 (c)(1)(N)(i) Restraint on Accerted Release

17. ISSUES Yi v S.B.OP 412 F.3d 526 (CAV-2007) US v Diggs 578 F3d 318, 314-30 (5th cir 2000) Hensley v municiple Court 411. US 351 (1973) US v Jalili 925 F2d 889, 893, (6th cir 1991) Fontanez v O'Brien 807 F3d 84 (2015). McLeod v B.O.P 9 F3d 503 (Cir-1993)

18. ISSUE denied due process, denied Sub Standive — Procecurial due process of 28CFR 542.10 (a)(b)., § 542.11 (1)(2)(3) (a)(s)-(8), § 543.13 (a)(b) § 542.14(a)(b)(c)(1)—(4),(4)(d)(1)-(4)§ 542.15 (a) BP9-20 day, BP10-20 day, BP11 30 days, § 542.14 (b) Extention § 542.15 (b) (1)(3) § 542.16 (a)(b), § 542.17 (a)(b); (b)(1), (b)(2), (b)(3), (c) § 542.18, .20, -30, 40 day responsites, Remedy Processing (a)-(s), Index § 542.19
Fact denied Filing Extention, denied Timely Access to form, Rejection Resubmission; machinations, misrepresentation, Threats, S.B.OP Intimidaton

19. ISSUE 28 USC 541.1. Froudulenlty Fabricated BP A 0284, illegally Mufacturing BPA0304 in a arbitrory- Copricious retalotory manner 28 CFR 541.3. outside Scope, Power 18 USC 4042 (a)(3). § 541.2, 28 CFR 541.3, PA: § 541.4 L.G.C.T, § 541.5 Disipline Process (a) 1/R, (b)Investigaton (inrumuruy Statement, 1.E.R, [ 546.6 (e)(f) ] § 541.7 UDc § 541.8 DHO, Fact Never Complied with § 541. (1)-(8) processes

20 Never Perfumed 28CFR 541.20 - 31 Prucesses

Exhibit A: 28 CFR 541.(1)-(8) & 20-(31) Violaton due Processes
Exhibit B Restront Liberty Interest over crowding
Exhibit C Restront Upon 28 USC 2255, § 2241, 18 USC 3582,
Exhibit D Restront Liberty Trust Funds "No Power Attorney"
Exhibit E F.S.A. FTC
Exhibit F Strurd Bomber Act

⑬ ISSUE F.B.O.P. & FCI BECKLEY WV. Failures to properly Implement F.S.A. 12-21-2018. Petitioner does not Fall under Any 18 USC 3632 (d)(4)(D) Committed offences. And Is A LOW EBRR Since F.S.A 12-21-2018 deprived Access to EBRR Programs and Productive Activities 18 USC 3634 (d)(4)(A)(i) and § 3632 (d)(4)(A)(ii). Failures to Implement PATTER, Provided Programming and Productive Activities USP HAZelton WV, AUSP Thomson LL, USP Mc Creary KY and F.C.I Beckley WV. Fact No properly Calculations Programs and Productive Activities. Requested by Petitioner while At USP Hazelton WV, AUSP Thomson IL, USP Mc Creary, F.C.I Beckley WV. Reentry, Psychology, Recreation, Religious Services, HSA, Business Offices, Unit team. Educations Failure to process Request Failures to provide FSA, FTC and Failure to Comply With Policy 5322.17, 5300.21, 5300.04, 5330.11 (N-1) 1221.06; 5220.01, 5400.01, 5050.50 by January 15, 2022. Failures to Apply, 12-21-2018-Present 18 USC 3621 (h)(c)


⑭ ISSUE F.B.O, P  Disciplinary Actions 28 CFR 541, 1-8, Denial of Due Process of Policy 1330.14, 5270.09, 5270.11, and 5217.02.
A: BP-A0288, DATE -7-13-22, Falsified Part I and II Violations 18 USC 1001 of Incident ID 3650875 Fraudulently Fabricated Prohibited Act Codes 307, 312 in Retaliation For Filing Grievances. Against G Stennett, AW Pkhy, F.B.OP STaFF 18 USC 1001, 18 USC 241, 242, 245, 249 Policy 3420.11; 1305.01, 1210.24 Violations Same For Incident No(s) 335491; 3229937; 321726; 3146610; 3139569; 3141466; 29338 Ecf 1084-1 Fed R. Evid 201 US V DAVIS 5:14-CR-240-D (EDNC 5-13-22)

Exhibit A.

I told the "S.M.U" Hearing officer Based upon falsified "SMU send me's All well Documented In SENTRY P/S 1330, 18 by I/m DAVIS I/m DAVIS illegally Retaliated Against In violation 28-CFR 541.1 I/m DAVIS 84944083- illegally Kept In "SIU" 365 days plus USP 1 Az. Appeal of "S.M.U" Hearing of 11-28-19, Grounds Denied of due processes, denied of Substentive-é Proceedural due Processes Under 28CFR § 541 et seq, § 542 et seq § 543 et seq and 540 et Seq. By Froudulent misrepresention of Incident Reports 3144 5493, 314 6610, 3229937 Sections 11's of BPA-0288's Froudulen omission of not Comitting of Prohibited Acts 203, 203, and 108 much Like 199. Froudulent Concealment of DITO's Huff FCI-cum-MD, Conspirs with DITO Craddock or USP Hazelton. Illegally manufacturing and Froudulently Fabricating of "S.M.U" P/S 5217,02 official Retaliations and reprisal of Executive Staff and CEO's, HSA, Mental Health of FCI-cum-MD and USP Hazelton. On account of Inmate 84944083- Filing of B.O.P Staff Misconduct and P.R.E.A Assuits d Battery, Excessive Force, Invidious Class based racial and Gender Animus. I was illegally denied Access to BPA-0288's BPA0304, BPA-03 9's Administrative Remedy Appealls Process 365 day Consectivlly, Illegally In "SI P/s 5270.11, P/s 5270.09 due Process violations Illegally denied Staff Rep's VIA com Vedio's, Witness Proof of froudulently Fabricated BPA 0288's #'s 3334941, 3229937 28 CFR 541.5 § 541.6 Violations, BPA 0288's # 3146610, 3145493 request for stAff Rep's 28CFR 541.6 Defense, Froudule omissions BPA0304 # 314 6610, 3145443, 314 6610, Froudulent misrepresentions BPA0304(') # 314 5493, 314 6610, 3229937, 3354 90 Dishonesty of DITO's Huff and Craddock 18 USC 1001 Froudulent Concealment of 18 USC 241, 242 P/s 3420.11, 1350.01, 1210.24 violati BP-A0936 Denials of Due Process as stated in Written 13 page statem Inmate DAVIS 100% disabled wheelchair bound No threat Care Level 3. BP-A0936 # 5 Not completed and P/s 5217.03 Froudulent misrepresentions USP Hazelton CEO, Director HSA Psychology Dr. Gilespe, Dr. Crouch, 3-13-20 written

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

28 CFR 513.40 Request Access Central File

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| CM Ms Meadows | 4-29-21 |
| FROM: | REGISTER NO.: |
| Davis William | 84 944-083 |
| WORK ASSIGNMENT: | UNIT: |
| N/A | P.B.L 103 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

Policy 1351.05 CN-2 ; 28 CFR.13 ; 28 CFR 16 ; 28 CFR 513.32
Copy Request not Exempted Under 28 CFR 16.97, Request
For Copies out of my Central File 28 CFR 513.40, Disclosable
Copies 28 CFR 513.60 through 513.68 not Limited to Sentence,
Detainer Acknulement, FRP, Classification mail, Vistion Property,
Diciplinary Actions Corrispndence, Progress Reports, Administrates
Detentions, fee Request 28 CFR 513.50 P/A, 28 CFR 16.97 Per 28CFR.61-68 fer Central
Sec 24 policy 1351.06 CN 1 Correction Info Sec 24 PA Correction Reques 28CFR 16.50

28 CFR.10 (k), 28 CFR 513.44, Section 16 policy 1351.05 CN-2
(BP-S757.013) PST/PSR, SVR Attachment to 28 USC 2255; Per Dept of Justice
v Julian 486 U.S (1988) Policy 1351.05,
F.O.R Publised 1-102, System Recrds

(Do not write below this line)

DISPOSITION:
Policy 1351.05 CN-2, Request Policy 5800.17; 28 CFR 13 28 CFR 16,
28 CFR 513.32, 28 CFR 16.97, 28 CFR 513.40, Policy 5800.17 Sec 10,
Policy 1351.05, Copy Request Policy 5800.17 Sec 11 (d). 28 CFR 10(k)
Sentencing Data, Classification, Mail, Visit, Property Ext Dicipline,
Education, General Corrispndence, Sec 11 of policy 1351.05 CN 1 Sub
Section & Copies BP A0147, BP A0338, & Sentence Compution
FRP, BP-399, Section (1-6) 6- BP 407, 7, BP 401 8-BP 383
9 BP 402, BP 331, BP 140 Sec & 28 CFR 541.1-8 BP 288, 293, 294
306, 304, 447, 295, 308, 242, 245.

| Signature Staff Member | Date |
|---|---|
|  | 5270.09 CN-1  11-8-?? |

Record Copy - File; Copy - Inmate

PDF                                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

See 3...
29 USC 701 et seq., 42 USC 4151 et seq.

Exhibit A

BP-A0148 Accomodation Modise
PS 5200.01

BP-A0148   **INMATE REQUEST TO STAFF** CDFRM
JUNE 10   Design and Construction procedures, Facilities Operation manual

U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

5242.01 Veteran; 5241.01 FSA Aging Offenders, 5200.06 PC; Health Info mgt. Polm

| TO: (Name and Title of Staff Member) 42 USC 4151 Structural Barrier Act | DATE: 42 USC 4151 / FSA Need Ass 5322.13 |
|---|---|
| FROM: 29 USC 701 Reh Act 1973, FSA 5241.01 | REGISTER NO.: PC-6331.04 H Info mgt 6090.04 |
| WORK ASSIGNMENT: PS 4200.12 Facilities operation, 4220.00 design Construction | UNIT: |

7300.04 CN-3 Com Corr; 7310.04 Comm Corr 7320.01 CN-2 Home Corr; 8120.03 We Pri im 28CFR 345.15

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

1040.04; 1070.08 JCP, 1210.24, 1221.66, 1315.07; 1320.06 FTC; 1330.18, 1350.01
1351.05 CN-2 SOFA, 1360.12 impeachment, 1542.06 library, 2011.04 TIF, 3420.11; 3433.01 WIC
3713.24 Dis; 3713.25 Anti-Dis; 3713.04 Antidis, 3713.24 Div, 3406.22 Mon Training, 4500.12 T/F
4700.06 Food, 5050.50 CIR, 5070.12 Form M/A; 5100.06 CN-1 2md, 5110.13 Poly-Groom; 5140.41 Civil Co.
5180.05 CIM, 5200.06, 5214.04 C04; 5217.06 Smis; 5220.01 FSA, 5251.06 Ilm Work, 5265.14 Corris
5260.11 Incoming Pub, 5270.07, 5270.11, 5290.14 Alo, 5290.15 Inter, 5300.21 Edu-; 5310.16 M/H, 5310.17 P
5321.08 UM - 5322 Im C.P. Review, 5324.07 Psy-Scri; 5325.07 CN-1 Rel-Prc; 5330.11 PS treatment
5331.02 CN-2 18USC3621(e) Ewi Rel. 5360.04 Rel; 5370.11 Rec; 5380.08 EEO.; 5510.13 Post-Piel,
5511.07 Reg-Staff, 5521.06 Search, 5538.07 EIT; 5566.06 CN-1 UFAR, 5580.06 property; 5580.04 Cle
5800.10 mailmgt; 5800.15 CN-1 Corr Sus Mon; 5800.16 mail mstmen; 5800.17 CIF, TIF; 5800.18 P/D
5800.08 5824, 40 Pri/RPT; 5540.04 Stafflin, 5675.13 Rel Clst, 5880.28 Set Comp; 5824.07 FERRA
5800.13 sentry, 6010.03 psychiatry, 6010.05 HSA, 6013.02 HSA QA, 6027.02 Hlc, 1/R/ Pri-Agri
6031.02 corpor; 6031.04 Patchrsl; (Do not write below this line) 6100.03 Dental, 6511.02 OTC;
6090.04 HI mong; 6140.04 I/D Com, 6270.11 MDFP; 6340.04 Psych Ser, 6360.01 Phen.

DISPOSITION: 20/200 71dB-90dB Rehabilitation Act 1973 29 USC 701, Structural Barrier Act
42 USC 4151, Vision Worse Than 20/200, Visual fields 20 degrees or Less
Hearing 71 dB to 90 dB, Physical - Disability - Dependant
Rule 65(a) Preliminary injunction TRO Wetzel v Edwards 635 F 2d 283, 286 (4th Cir 1980)
Likely to Succeed, irreparable harm, balance equity favor, public interest
Winter v Natural Resource Defense Counsel inc 555 U.S. 7 (2008) The Real truth
about obama 575 f 3d 342 (4th Cir 2009) In re Microsoft Corp Antitrust Litig 333 F 3d 517
524-26 (4th Cir 2003) De Beers Consol mines Ltd v US 325 US 212 (1945) Mazurek v Avm
Strong 520 US 972 C (1967) Taylor v Freeman 34 F 3d 266, 296 (4th Cir 1994) Miles v Bell
No 20 cv-316) 3031 WL 3320609 ex 5 (D. Md.) 1-28-22.) Not Worrented

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

*Exhibit FB. F.C.I Beckley WV, Not enforcing of 28 CFR 541.3 Code 231 Couse "Stuff" over Crowdins Lock Downs*

**Information for Inmate Population**
**(7-17-2022)**

SUBJECT: Institution Operations Update

Special Purpose Commissary Operations Pilot Program

Over the last few months, FCI Beckley experienced numerous periods of Modified Operations other than for COVID-19 protocols. These modified operations are to address significant security needs to include, but not limited to, Special Housing Unit bed space, and incidents involving multiple groups. The limited modified operations is necessary to address the issue and in order to be reasonably assured of the safety of staff and inmates. Currently, the administration is evaluating procedures to bring the institution back to modified operations. Institution and unit operations will follow the below procedure, as long as no further issues arise.

• Starting on Monday, July 18, 2022: Showers will be provided in line with normal procedures and timeframes, while the inmate population is secured for limited modified operations as described above. All meals will be served in your cells. In addition, in accordance with the posted commissary schedule, unit officers will allow up to 15 inmates at a time to report to commissary to shop. Hygiene items distribution will be initiated and continue as needed. Linen exchange operations will be conducted in conjunction with the Modified Operations. Inmates are to be in full uniform, wearing their masks, and have their ID/Commissary card in their possession. The regular commissary shopping list is to be used unless otherwise informed. As with any pilot program, adjustments may be made to this program as we assess the impact on operations.

As we attempt to resume normal operations, disruptions of any kind will have a severe impact. Changes to this schedule will be made and communicated as necessary. This full implementation of the Special Purpose Commissary Operations will be determined by behavior, and is subject to being terminated at any time by the Executive Staff.

M. Hall, Associate Warden                    7/17/2022
                                             Date

Exhibit 5

BP-8. Response  28 CFR 541.3 To deny you Access to 28 USC 2255

28 USC 2241, 18 USC 3582  Restraint on Liberty Interest

**RESPONSE TO INMATE REQUEST TO STAFF MEMBER**

**INMATE: DAVIS, William Scott, Jr.**
**Reg. No.: 84944-083**

This is in response to your Inmate Request to Staff Member, in which you request to possess your PSR-PSI, Docket Sheets, Transcripts, and Court Records in your personal legal property.

Many docket sheets, transcripts and other similar documents contain information regarding an inmate's government assistance, financial resources, community affiliations, gang affiliations, etc. In response to the Bureau prohibiting inmates from possessing Presentence Reports (PSRs) and Statements of Reason (SOR), there is an emerging problem where inmates pressure other inmates for a copy of their docket sheet, transcript and other documents to learn if they are informants, gang members, have financial resources, etc. Inmates who refuse to provide the documents are threatened, assaulted, and/or seek protective custody.

For these reasons and to ensure the orderly running and security of this institution, the Warden has determined that inmates may not have in their possession copies of docket sheets, transcripts and other similar documents.

Inmates needing these materials may have the information sent to them, but the information will be forwarded to the unit team and will be maintained in the unit team area. Inmates will be provided reasonable opportunities to access and review the documents. Inmates are responsible for requesting an opportunity to access and review these records with unit staff.

I trust this response has adequately addressed your concerns.

_____          6/28/22
Katina Heckard, Warden                            Date

Exhibit D- Unlawfully THE Encumbrance) and P.L. RA
Erroneous Fees Caused By F.B.O.P Staff Misconduct

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**INMATE: Davis, William**
**Reg. No.: 84944-083**

This is in response to your Inmate Request to Staff Member, in which you inquired about the
Lockbox check copies, encumbrance copies, and the acknowledgement of inmate form change
request.

The Trust Fund Department printed and forwarded the requested copies on Tuesday, May 3,
2022.  Additionally, the copies have been posted to your TRULINCS account for your viewing.
Information pertaining to your BP-A0407 form should be requested through your Unit Team, as
Trust Fund does not have any BP-A0407 forms on file.  Any changes requested to your
Acknowledgment form should be made through your Unit Team.

I trust this response has adequately addressed your concerns.

Katina Heckard, Warden

Date

Exhibit ... Apply FSA - FTC 2018 = 2022

## FSA TIME CREDITS PROGRAM

**Can I earn FSA Time Credits if I am not U.S. citizens?**
Yes. If you are not a U.S. citizen, you may earn FTC. However, if you are subject to a final order of removal under U.S. immigration laws you cannot have FTC applied toward early transfer to community confinement or supervised release.

The final rule on FTC indicates the following:

**§ 523.44 Application of FSA Time Credits.**
(a) How Time Credits may be applied. For any inmate eligible to earn FSA Time Credits under this subpart who is: ...
(2) Subject to a final order of removal under immigration laws as defined in 8 U.S.C. 1101(a)(17) (see 18 U.S.C. 3632(d)(4)(E)), the Bureau may not apply FSA Time Credits toward prerelease custody or early transfer to supervised release.

**Can I lose FSA Time Credits?**
Yes. You may lose earned FTC for violation of the requirements or rules of an EBRR program or PA or for other misconduct. You may seek the review of the loss of earned FTC through the BOP's Administrative Remedy Program. Also, you may apply for restoration of FTC after a period of clear conduct.



**If I am on a wait list, can I still earn FSA Time Credits?**
FSA Program Wait Lists track your efforts to enroll in assigned programs; therefore, you are still considered to be "successfully participating" and may earn FTC while waiting to participate.



**If I am (1) in BOP custody AND (2) sentenced to a term of imprisonment under the Criminal Code of the District of Columbia, am I eligible to participate in the FSA Time Credits Program?**
Currently, D.C. Code offenders are not allowed to have FTC applied to early transfer to community confinement or supervised release. This may change if the laws of the District of Columbia are amended to authorize the application of such credit.

MAAMAH, ASOMAH  65355037

*Exhibit E - Restrain Liberty in Prison. Wheel Chair Bound - Structural Barriers Act Violation. Denied Access to Remedy Form 28 CFR 542 et seq made Unavilable By F.B.O.P machinations. EXAusted 42 USC 1997e(a)*



**U.S. Department of Justice**

**Federal Bureau of Prisons**

**REVISED**

_Washington, DC 20534_

May 26, 2022

Inmate William Davis
Register Number 84944-083
Federal Correctional Institutional Beckley
P.O. Box 350
Beaver, West Virginia 28413

<u>**Letter of Response**</u>

Dear Inmate Davis:

This is in reference to your Complaint of Disability
Discrimination against the U.S. Department of Justice (DOJ),
Federal Bureau of Prisons (Bureau), at the Federal Correctional
Institution (FCI) Beckley, West Virginia which you allege is a
violation of Section 504 of the Rehabilitation Act of 1973.
Your Complaint was received on April 27, 2022, and is considered
as filed on April 20, 2022, the date of the postmark.

Section 504, as amended, and the CFRs state that no
otherwise qualified individual with a disability shall solely by
reason of his or her disability, be excluded from the
participation in, be denied the benefits of, or be subjected to
discrimination under any program or activity conducted by the
Bureau of Prisons.  See 28 CFR § 39.149.  The CFRs also provide
information on filing complaints related to "allegations of
discrimination on the basis of handicap in programs or
activities conducted by the agency."  Id. §§ 39.170(a),
39.170(d).

Under 28 CFR § 39.170(d)(ii), it states, "[b]efore filing a
complaint under this section, an inmate of a Federal penal
institution must exhaust the Bureau of Prisons Administrative
Remedy Procedure as set forth in 28 CFR part 542."  28 CFR part

542 contains the regulations related to the Administrative
Remedy Program.

Your complaint of discrimination and retaliation does not
fall under Section 504.  Moreover, the Inmate Appeals
Administrator for the Federal Bureau of Prisons has informed me
that you have not exhausted your administrative remedies related
to this complaint.  If you believe a violation of Section 504 is
occurring, you must timely exhaust your administrative remedies
first.  Then you may contact the Director for Equal Employment
Opportunity, U.S. Department of Justice, at 10th and
Pennsylvania Avenue, NW., Room 1232, Washington, DC 20530 or my
office at EEO Officer Federal Bureau of Prisons 320 First St.,
N.W. Room 1038 Washington, D.C. 20534 to file a complaint.  To
file a complaint of discrimination and retaliation you can
contact the Warden of your institution or exercise your right to
file a complaint for the violation of your civil rights at a
U.S. District Court. If you cannot obtain the required
administrative remedy forms from the Unit Counselor then contact
the Unit Manager.

### Appeal Rights

Both the complainant (Inmate Davis) and the respondent
(Bureau of Prisons) may appeal these findings to the Complaint
Adjudication Officer, Department of Justice, Civil Rights
Division, 950 Pennsylvania Avenue, N.W., Washington, DC  20530
(phone number: 202-514-0545), with or without a request for a
hearing.  Appeals must be filed within 30 days of receipt of
this letter pursuant to 28 CFR § 39.170(i).


Sincerely,

*Carolyn Vines Sapla*

Carolyn Vines Sapla
EEO Officer


cc:  Katina Heckard, Warden
     kheckard@bop.gov

     Richard Toscano, Justice Management Division
     Richard.toscano@usdoj.gov



Legal Mail

CLERK United States District Court
Robert C, Byrd U.S, Court House
110 N. Heber STREET Rm 119
BECKLEY    WV 25801

W Scott DAVIS
84944-083
F.C.I Beckley
P.O. 350
Beaver WV 25013